**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2120**
_____

MILES L. WATERS,

Plaintiff – Appellant,

v.

MARYLAND DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE
ADMINISTRATION; GEORGE ATKINSON, Manager Motor Vehicle
Administration Employee & Administration Services Support
Services; MILTON CHAFEE, Chief Deputy Administrator Motor
Vehicle Administration; CARMEN CARRUBA, Motor Vehicle
Administration,

Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William D. Quarles, Jr., District
Judge. (1:08-cv-00396-WDQ)

_____

Submitted:  September 28, 2010      Decided:  September 30, 2010

_____

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John H. Morris, Jr., Baltimore, Maryland, for Appellant.
Douglas F. Gansler, Attorney General of Maryland, Robert C.
Cain, II, Assistant Attorney General, Glen Burnie, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miles L. Waters appeals the district court's order granting Defendants' summary judgment motion on his retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2010), and 42 U.S.C. §§ 1981, 1983 (2006), and entering judgment in Defendants' favor. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Waters v. Maryland Dep't of Transp., No. 1:08-cv-00396-WDQ (D. Md. Aug. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED